UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDRE T PARKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STATE OF WASHINGTON,<br><br>　　　　　Respondent. | CASE NO. C14-5303 BHS-JRC<br><br>ORDER TO FILE AN AMENDED PETITION OR MOTION TO CHANGE THE CASE CAPTION |

　　　The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura.  The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.  Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

　　　Petitioner has named only the State of Washington as respondent.  Petitioner needs to name a natural person -- not a governmental entity.  The proper respondent is the person having custody of petitioner.  *See* 28 U.S.C. § 2242.  This person is usually the superintendent of the facility in which petitioner is incarcerated.  Petitioner's failure to name the correct party deprives

1  this Court of personal jurisdiction. *See Stanley v. California Supreme Court*, 21 F.3d 359, 360

2  (9th Cir. 1994).

3       Petitioner is ordered to file either an amended petition or a motion asking the Court to

4  change the case caption and name a proper respondent. Petitioner's pleading must be filed on or

5  before May, 23, 2014 or the Court will recommend dismissal of this petition for failure to

6  prosecute and failure to comply with a Court order.

7       Dated this 14th day of April, 2014.

                                                    J. Richard Creatura
                                                  United States Magistrate Judge