UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDRE T PARKER,

              Petitioner,

   v.

MIKE OBENLAND,

              Respondent.

CASE NO. C14-5303 BHS-JRC

ORDER CHANGING CASE CAPTION

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. The petition is filed pursuant to 28 U.S.C. § 2254.

    Pursuant to the Court's order, petitioner has filed a motion asking the Court to change the case caption to reflect that Mike Obenland is respondent (Dkt. 6). The Court grants petitioner's motion. The Clerk's Office is directed to enter Mike Obenland as respondent and terminate the State of Washington from this action.

    Dated this 7th day of July, 2014.

J. Richard Creatura
United States Magistrate Judge

ORDER CHANGING CASE CAPTION - 1